No. 79–1074. UNITED PARCEL SERVICE, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir. Motion of petitioner to strike brief of intervening respondents and certiorari denied.

No. 79–1197. NATIONAL LABOR RELATIONS BOARD *v.* MERCY HOSPITAL ASSN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would grant certiorari.

No. 79–5707. FLANAGAN *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to file a supplement to petition granted. Certiorari denied.

No. 79–5901. WADE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would grant certiorari.